FILED

MAY 19 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) CRIMINAL NO. 15-30075-NJR<br>) |
| vs. | )<br>) |
| DEREK MARSHALL and<br>TERRELL MCGEE, | ) Title 18, United States Code,<br>) Sections 2, 1951, 924(c)(1)(A)<br>) |
| Defendants. | )<br>) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY**

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and
TERRELL MCGEE**

defendants herein, did conspire, confederate, and agree between each other and with JAMES SMITH and another co-conspirator known to the grand jury, to commit robbery, which robbery would obstruct, delay, and affect, and attempt to obstruct delay and affect, commerce and the movement of articles and commodities in such commerce, in that the defendants agreed to take United States currency belonging to Best Stop, a business engaged in the retail sale of food and other grocery items, in interstate commerce and an industry which affects interstate commerce, from an employee of Best Stop, in his presence and against his will by means of actual and threatened force, violence and fear of injury to his person, by brandishing a firearm.

In furtherance of the conspiracy and to effect the object of the conspiracy, DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury committed a number of overt acts, including but not limited to: (1) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury driving together to the Best Stop located in Cahokia, Illinois in a stolen Nissan Altima; (2) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury agreeing between each other that a co-conspirator known to the grand jury would wait in the vehicle outside the Best Stop while DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entered the Best Stop armed with three firearms to commit a robbery; (3) DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entering the Best Stop with masks covering their faces and each armed with a firearm (4) DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH pointing the firearms at a customer and an employee of the Best Stop and demanding money; (5) DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH taking United States currency from a register located within the Best Stop; (6) DEREK MARSHALL shooting a customer of the Best Stop while fleeing from the store; (7) DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entering the vehicle being driven by another co-conspirator known to the grand jury; (8) and DEREK MARSHAL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury fleeing from the scene.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and**
**TERRELL MCGEE**

defendants herein, while aiding and abetting each other and JAMES SMITH and another co-conspirator known to the grand jury, did commit robbery, which robbery did obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, in that:

(1) The defendants did take and obtain, and attempt to take and obtain, United States currency belonging to Best Stop, from an employee of Best Stop, in his presence and against his will by means of actual and threatened force, violence and fear of injury to his person, by brandishing and discharging a firearm.

(2) At all times material to this Indictment, Best Stop, located at 2001 Camp Jackson Road, Cahokia, Illinois, was engaged in the retail sale of food and other grocery items, in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951 and 2.

## COUNT 3

### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and**
**TERRELL MCGEE**

defendants herein, did knowingly use, carry, brandish, and discharge a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery as named and fully described in Counts 1 and 2, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

## COUNT 4

### CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and
TERRELL MCGEE**

defendants herein, did conspire, confederate, and agree between each other and with JAMES SMITH, RESHON FARMER, and another co-conspirator known to the grand jury to commit robbery, which robbery would obstruct, delay, and affect, and attempt to obstruct delay and affect, commerce and the movement of articles and commodities in such commerce, in the defendants agreed to take United States currency belonging to Mini-Mart gas station, a business engaged in the retail sale of gasoline, food and other grocery items, in interstate commerce and an industry which affects interstate commerce, from employees of Mini-Mart, in their presence and against their will by means of actual and threatened force, violence and fear of injury to their persons, by brandishing a firearm.

In furtherance of the conspiracy and to effect the object of the conspiracy, DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH, RESHON FARMER and another co-conspirator known to the grand jury committed a number of overt acts, including but not limited to: (1) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH, RESHON FARMER and another co-conspirator known to the grand jury driving together to the Mini-Mart gas station located in Cahokia, Illinois in a stolen Dodge Caravan; (2) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH, RESHON FARMER and another co-conspirator known to the grand jury agreeing between each other that RESHON FARMER would wait in the vehicle outside the Mini-Mart while DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury entered the Mini-Mart armed with four firearms to commit a robbery; (3) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury entering the Mini-Mart with masks covering their faces and

each armed with a firearm, (4) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury pointing the firearms at employees of the Mini-Mart and demanding money; (5) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury taking United States currency, a cash register, and a .40 caliber Smith & Wesson handgun belonging to the Mini-Mart; (6) a co-conspirator known to the grand jury shooting an employee of Mini-Mart during the commission of the robbery; (7) DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and another co-conspirator known to the grand jury entering the vehicle being driven by RESHON FARMER; (8) and DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH, RESHON FARMER and another co-conspirator known to the grand jury fleeing from the scene.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 5
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and**
**TERRELL MCGEE**

defendants herein, while aiding and abetting each other and JAMES SMITH, RESHON FARMER and another co-conspirator known to the grand jury, did commit robbery, which robbery did obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, in that:

(1) The defendants did take and obtain, and attempt to take and obtain, United States currency belonging to Mini-Mart, from employees of Mini-Mart, in their presence and against their will by means of actual and threatened force, violence and fear of injury to their persons, by brandishing and discharging a firearm.

(2) At all times material to this Indictment, Mini-Mart, located at 2636 Camp Jackson Road, Cahokia, Illinois, was engaged in the retail sale of gasoline, food, and other grocery items, in interstate commerce and an industry which affects interstate commerce

All in violation of Title 18, United States Code, Section 1951 and 2.

### COUNT 6
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**DEREK MARSHALL and**
**TERRELL MCGEE**

defendants herein, did knowingly use, carry, brandish and discharge a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery as named and fully described in Counts 4 and 5, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

**A TRUE BILL**

*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Stephen R. Wigginton*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention

6