IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-cr-30075-SMY |
| | ) |
| TERRELL MCGEE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Terrell McGee was charged with two counts of conspiracy to commit robbery, in violation of 18 U.S.C. § 1951(a) and discharging a firearm during a crime of violence, in violation of § 924(c)(1)(A)(iii), (C)(i). He pleaded guilty under the terms of a plea agreement and was sentenced to 300 months imprisonment on August 17, 2017 (*see* Doc. 175). Now pending before the Court are McGee's *pro se* Motion of Dismissal for Premeditated Charges (Doc. 212), Motion of Dismissal on the Grounds of Immunity (Doc. 216), Motion for Transcripts and Clarification (Doc. 217), Motion to Offer (Doc. 218), and Motion for Relief Sought (Doc. 219). McGee seeks release from incarceration based on the "Free Person Act" and "OSHA immunity."

Once a district court enters final judgment, it lacks jurisdiction to hear related issues except to the extent authorized by statute or rule. *See Carlisle v. United States*, 517 U.S. 416 (1996). Here, McGee does not cite any case law or statute that would permit the Court to consider his motions in this closed case. Accordingly, the motions are **DISMISSED for lack of jurisdiction**.

IT IS SO ORDERED.

DATED: July 24, 2020

STACI M. YANDLE
United States District Judge