IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15–cr-30075-SMY |
| | ) |
| | ) |
| TERRELL MCGEE, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**YANDLE, District Judge:**

Defendant Terrell McGee was sentenced on August 17, 2017, to 300 months imprisonment for conspiracy to interfere with commerce by robbery (two counts), interference with commerce by robbery (two counts), and carry and use of a firearm during a crime of violence (two counts) pursuant to a written plea agreement (Doc. 175). McGee is currently housed at FMC-Devens and his projected release date is January 6, 2039. On June 28, 2022, this Court denied McGee's motion for compassionate release (Doc. 309). Now before the Court is McGee's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 320).

A motion for leave to appeal IFP in a criminal case is governed by the Criminal Justice Act, 18 U.S.C. § 3006A. The only inquiry that is relevant is a defendant's financial ability to retain counsel. *United States v. Dunham*, 922 F.3d 847 (7th Cir. 2019) (Wood, C.J., in chambers). McGee has provided necessary details regarding his financial condition, from which the Court finds that he is indigent and unable to retain counsel (Doc. 42). Accordingly, his Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

IT IS SO ORDERED.

DATED: October 12, 2022

**STACI M. YANDLE**
**United States District Judge**